UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:06cr1 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | BILL OF INDICTMENT |
| | ) | |
| (1) QUENTIN DEMER WILLIS | ) | |
|    a/k/a "Q" | ) | |
| (2) DARWIN TURNER | ) | |
|    a/k/a "Abbey" | ) | |
| (3) JERMEL O'RYAN TURNER | ) | |
|    a/k/a Jamel Turner | ) | |
|    a/k/a Jamel O'Ryan Turner | ) | |
|    a/k/a Jermel Orayan Turner | ) | |

"UNDER SEAL"
FILED IN COURT
CHARLOTTE, N. C.
JAN 23 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Bill of Indictment in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 23rd day of January, 2006

_____
UNITED STATES MAGISTRATE JUDGE