UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CR1

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | **APPLICATION FOR *EX PARTE* ORDER FOR DISCLOSURE OF RETURNS AND RETURN INFORMATION and MOTION TO SEAL** |
| v. | |
| QUENTIN DEMER WILLIS, et al | |
| **2006R00047** | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert,

United States Attorney for the Western District of North Carolina, pursuant to 26 U.S.C. §

6103(i)(1) and (4), and makes application for an *ex parte* order directing the Internal Revenue

Service (IRS) to disclose to applicant (and others hereinafter named) returns and return

information of the following person(s) for the taxable periods 1999 through 2005:

| NAME | DATE OF BIRTH | SOCIAL SECURITY # |
|---|---|---|
| **QUENTIN DEMER WILLIS** | **11/22/1981** | **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** |
| **DARWIN LEWIS TURNER** | **12/2/1966** | **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** **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** |
| **JERMAL O'RYAN TURNER** | **11/14/1982** | **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** **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** |

The United States of America further moves this Court for an order to seal this

application and all future reference to this matter, and that same remain sealed until further order

of this Court.

In support of this application, based upon the undersigned's review of the preliminary investigation by the Bureau of Immigration and Customs Enforcement and the Iredell County Sheriff's Department and based on information believed to be reliable, the undersigned applicant states the following:

1.    There is reasonable cause to believe that a violation of Title 21, Sections 846 and 841 have occurred. Evidence developed in this investigation reveals significant drug trafficking by the named individuals.

2.    There is reasonable cause to believe that the above described returns and return information may be relevant to an investigation or proceeding concerning this violation. Information in the return and return information will disclose evidence pertaining to potential sources of income or of the target's lack of reported income.

3.    The returns or return information are sought for use in an investigation or proceedings (not involving tax administration) concerning this violation.

4.    The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

In addition to applicant:

| Name | Title |
| --- | --- |
| Gretchen C.F. Shappert | United States Attorney |
| Edward R. Ryan | First Assistant United States Attorney |
| Michael E. Savage | Assistant United States Attorney, Criminal Chief |
| Todd Elmore | Bureau of Immigration and Customs Enforcement |
| Joe Barringer | Bureau of Immigration and Customs Enforcement |
| Chris Shuskey | Iredell County Sheriff's Department |

are personally and directly engaged in investigating the above mentioned violation. This information is sought solely for this investigative purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. 301.6103(I). Therefore, applicant prays that this Court enter the proposed order for disclosure of returns and return information, and the proposed order to seal this application and future reference to this matter.

Respectfully submitted, this ____19____ Day of January, 2006.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY