UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06CR1

**UNDER SEAL**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| QUENTIN DEMER WILLIS, et al | ) | |

2006R00047

UPON consideration of the application of the United States for an *ex parte* order pursuant to 26 U.S.C. 6103(i)(1) and (4), directing the Internal Revenue Service to disclose returns and return information of certain individuals for the taxable periods of 1999 through 2005, the Court finds:

1. There is reasonable cause to believe, based upon information believed to be reliable, that violations of Title 21, Section 846 and 841 have been committed; and

2. There is reasonable cause to believe that the returns and return information are or may be relevant to a matter related to this violation;

3. The returns and return information are sought exclusively for use in a federal investigation and proceeding (not involving tax administration) concerning this violation;

4. The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source. The Court further finds that applicant and

| Name | Title |
| --- | --- |
| Gretchen C.F. Shappert | United States Attorney |
| Edward R. Ryan | First Assistant United States Attorney |

| | |
|---|---|
| Michael E. Savage | Assistant United States Attorney, Criminal Chief |
| Todd Elmore | Bureau of Immigration and Customs Enforcement |
| Joe Barringer | Bureau of Immigration and Customs Enforcement |
| Chris Shuskey | Iredell County Sheriff's Department |

are primarily and directly engaged in, and the information sought is solely for their use in, investigating this violation; and that the application is authorized by the United States Attorney for the Western District of North Carolina;

It is therefore **ORDERED** that the Internal Revenue Service:

1. Disclose such returns and return information for the following person for the taxable period 1999 through 2005 as have been filed and are on file with the Internal Revenue Service:

| NAME | DATE OF BIRTH | SOCIAL SECURITY # |
|---|---|---|
| **QUENTIN DEMER WILLIS** | 11/22/1981 | 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 |
| **DARWIN LEWIS TURNER** | 12/2/1966 | 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<br>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 |
| **JERMAL O'RYAN TURNER** | 11/14/1982 | 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<br>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 |

2. Certify where returns and return information described above have not been filed or are not on file with the Internal Revenue Service and that no such returns and return information described above as come into the possession of the Internal Revenue service subsequent to the date of this order, but for not longer than 120 days thereafter.

3. Disclose such returns and return information and make such certification only to

applicant and

| Name | Title |
|---|---|
| Gretchen C.F. Shappert | United States Attorney |
| Edward R. Ryan | First Assistant United States Attorney |
| Michael E. Savage | Assistant United States Attorney, Criminal Chief |
| Todd Elmore | Bureau of Immigration and Customs Enforcement |
| Joe Barringer | Bureau of Immigration and Customs Enforcement |
| Chris Shuskey | Iredell County Sheriff's Department |

and to no other person;

4. Disclose no returns or return information not described above.

It is further **ORDERED** that applicants and the attorneys involved in the investigation and prosecution, as identified above, and any officer or employee of the agency who may be subsequently assigned in this matter shall use the returns and return information disclosed solely in investigating the above-mentioned violation and such other violations of any federal criminal statute, although presently unknown, as are discovered in the course of this investigation and preparing the matter for trial, and that no disclosure be made to any other person except in accordance with the provision of 26 U.S.C. § 6103 and 26 C.F.R. 301.6103(i)-1.

It is further **ORDERED** that this matter be **SEALED** and remain sealed until further order of this Court.

Signed this the 6th day of ~~January~~ February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE