IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:06CR1-1-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>QUENTIN DEMER WILLIS, )<br>)<br>Defendant. )<br>_____) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on the Court's Order, filed on September 24, 2013[1], ordering this matter for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Tuesday, November 12, 2013, at 10:30 AM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

---

[1] The Government filed a Motion For Reconsideration of the Court's dismissal as untimely of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, which this Court granted, case 5:12CV171.

Signed: September 25, 2013

Richard L. Voorhees
United States District Judge